UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMAAL HAYNES and SHADAVIA FARLEY,

                                    Plaintiffs,

           -against-

CITY OF NEW YORK, ANTHONY EGAN, Individually, CHRISTOPHER BOWDEN, Individually, LARRY CRUZ, Individually, RUDY ANZALONE, Individually, EMILIO LABOY, Individually, JUAN JORGE, Individually, DAN CASTILLO, Individually, KEVIN KOUROPOS, Individually, and JOHN and JANE DOE 1 through 10, Individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                   Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12-Civ-2908 (MKB) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Leventhal & Klein, LLP
Attorneys for Plaintiffs
45 Main Street
Brooklyn, NY 11201
(718) 722-4100

By: _____
Brett H Klein
Attorney for Plaintiffs

Dated: Brooklyn, New York
        5/19        , 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
Attorney for Defendants City, Egan,
Bowden, Cruz, Anzalone, Laboy, Jorge,
Castillo, and Kouroupos
100 Church Street, Rm. 3-221
New York, New York 10007

By: _____
Sumit Sud
Senior Counsel

Dated: New York, New York
        5/19        , 2014

SO ORDERED:
s/ MKB 5/20/2014

_____
MARGO K. BRODIE
United States District Judge